# EXHIBIT A

5:26-cv-05617 Wiatrek, Individually and As Next Friend of, et al v. Volkswagen Group of America, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CASEY WIATREK, INDIVIDUALLY, AND AS NEXT FRIEND OF, B.T., A MINOR CHILD, AND KRISTOPHER TINCH, *Plaintiffs,* | § | |
| vs. | § | CIVIL CASE NO. 5:26-cv-05617 |
| VOLKSWAGEN GROUP OF AMERICA, INC., *Defendants.* | § | |

**INDEX OF DOCUMENTS ATTACHED TO NOTICE OF REMOVAL**

**EXHIBIT A:** INDEX OF MATTERS BEING FILED;

**EXHIBIT B:** THE STATE COURT DOCKET SHEET;

**EXHIBIT C:** ALL EXECUTED PROCESSES IN THE CASE; PLEADINGS ASSERTING CAUSES OF ACTION AND ALL ANSWERS TO SUCH PLEADINGS KNOWN IN THIS CASE;

**EXHIBIT D:** A LIST OF ALL COUNSEL OF RECORD, INCLUDING ADDRESSES, TELEPHONE NUMBERS, AND PARTIES REPRESENTED;

**EXHIBIT E:** JS 44 CIVIL COVER SHEET; AND

**EXHIBIT F:** SUPPLEMENT TO JS 44 CIVIL COVER SHEET.