# EXHIBIT B

5:26-cv-05617 Wiatrek, Individually and As Next Friend of, et al v. Volkswagen Group of America, Inc.

EXHIBIT B

**224th District Court**

# Case Summary

**Case No. 2025CI19148**

| | | | |
|---|---|---|---|
| **CASEY WIATREK ET AL VS VOLKSWAGEN GROUP OF AMERICA, INC. ET AL** | § | Location: | **224th District Court** |
| | § | Judicial Officer: | **224th, District Court** |
| | § | Filed on: | **08/14/2025** |

## Case Information

Case Type: MOTOR VEHICLE ACCIDENT

Case Status: **08/14/2025 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025CI19148 |
| Court | 224th District Court |
| Date Assigned | 08/14/2025 |
| Judicial Officer | 224th, District Court |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **TINCH, KRISTOPHER** | **DUFF, JOHN C** ***Retained*** |
| | **WIATREK, CASEY** | **DUFF, JOHN C** ***Retained*** |
| **Defendant** | **AUDI AG** | |
| | **AUDI OF AMERICA, LLC** | |
| | **CAVENDER AUTOWORKS, LTD. D/B/A AUDI DOMINION** | |
| | **FAURECIA USA HOLDINGS, INC.** | **WILLIAMS, JETT III** ***Retained*** |
| | **Mitchell, Barry James** | |
| | **TRW AUTOMOTIVE GMBH** | |
| | **VOLKSWAGEN GROUP OF AMERICA, INC.** | **RIVAS, KARL T** ***Retained*** |
| | **ZF ACTIVE SAFETY US, INC.** | |
| | **ZF FRIEDRICHSHAFEN AG** | |
| | **ZF NORTH AMERICA, INC.** | |
| | **ZF-TRW AUTOMOTIVE HOLDINGS CORP.** | **TIPPETTS, DAVID R** ***Retained*** |

## Events and Orders of the Court

08/14/2025 New Cases Filed (OCA)



EXHIBIT B

EXHIBIT B



**Case Summary**

**Case No. 2025CI19148**

| | |
|---|---|
| 08/14/2025 | PETITION |
| 11/12/2025 | REQUEST FOR SERVICE AND PROCESS |
| 12/02/2025 | **Citation Certified Mail**<br>VOLKSWAGEN GROUP OF AMERICA, INC.<br>Served: 12/06/2025<br>AUDI OF AMERICA, LLC<br>Served: 12/06/2025<br>ZF-TRW AUTOMOTIVE HOLDINGS CORP.<br>Returned Unserved<br>12/15/2025<br>FAURECIA USA HOLDINGS, INC.<br>Returned Unserved<br>12/15/2025 |
| 12/12/2025 | *AUDI OF AMERICA, LLC*<br>RETURN OF SERVICE - SUCCESSFUL |
| 12/12/2025 | *VOLKSWAGEN GROUP OF AMERICA INC*<br>RETURN OF SERVICE - SUCCESSFUL |
| 12/17/2025 | *FAURECIA USA HOLDINGS, INC*<br>RETURN OF SERVICE - SUCCESSFUL |
| 12/17/2025 | *ZF-TRW AUTOMOTIVE HOLDINGS CORP*<br>RETURN OF SERVICE - SUCCESSFUL |
| 01/02/2026 | *Faurecia USA Holdings INC*<br>ORIGINAL ANSWER OF |
| 01/05/2026 | *of ZF TRW Automotive Holdings Corp. (Verified)*<br>SPECIAL APPEARANCE |
| 01/08/2026 | JURY FEE PAID |
| 01/08/2026 | *VOLKSWAGEN GROUP OF AMERICA, INC.*<br>ORIGINAL ANSWER OF |
| 01/28/2026 | *KARL T RIVAS*<br>ATTORNEY UNAVAILABILITY NOTICE FILED FOR |
| 03/04/2026 | NONSUIT |
| 03/04/2026 | PROPOSED ORDER |
| 03/13/2026 | FIRST AMENDED PETITION |
| 03/13/2026 | REQUEST FOR SERVICE AND PROCESS |
| 03/16/2026 | **Citation**<br>Mitchell, Barry James<br>Unserved |
| 03/16/2026 | **Citation Certified Mail**<br>ZF ACTIVE SAFETY US, INC.<br>Served: 03/20/2026<br>ZF NORTH AMERICA, INC.<br>Served: 03/20/2026 |
| 03/23/2026 | *ZF NORTH AMERICA, INC*<br>RETURN OF SERVICE - SUCCESSFUL |
| 03/27/2026 | *ZF ACTIVE SAFETY US, INC*<br>RETURN OF SERVICE - SUCCESSFUL |
| 04/27/2026 | *OF ZF NORTH AMERICA, INC.*<br>SPECIAL APPEARANCE |
| 06/29/2026 | *KARL T RIVAS*<br>ATTORNEY UNAVAILABILITY NOTICE FILED FOR |
| 08/03/2026 | *Special Appearance of ZF North America, Inc.* |



EXHIBIT B

**224th District Court**

**Case Summary**

**Case No. 2025CI19148**

| | |
|---|---|
| | AMENDED |
| 08/21/2026 | REQUEST FOR SERVICE AND PROCESS |
| 08/27/2026 | NONSUIT |
| 08/27/2026 | *Withdraw Nonsuit as to Cavender and Reinstate Claims*<br>MOTION TO |
| 08/27/2026 | PROPOSED ORDER |