# EXHIBIT D

5:26-cv-05617 Wiatrek, Individually and As Next Friend of, et al v. Volkswagen Group of America, Inc.

EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CASEY WIATREK, INDIVIDUALLY, AND AS NEXT FRIEND OF, B.T., A MINOR CHILD, AND KRISTOPHER TINCH,<br>*Plaintiffs,*<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. 5:26-cv-05617 |

## LIST OF COUNSEL OF RECORD

**FOR THE PLAINTIFFS, CASEY WIATREK, INDIVIDUALLY, AND AS NEXT FRIEND OF, B.T., A MINOR CHILD, AND KRISTOPHER TINCH:**

Jared Perkins
Texas State Bar No. 24106675
Email: jduff@perkinsperkinslaw.com
Eric D. Perkins
Texas State Bar No. 15785060
Email: eric@perkinsperkinslaw.com
John C. Duff
Texas State Bar No. 24086979
Email: jduff@perkinsperkinslaw.com
PERKINS & PERKINS
2203 Baldwin Blvd.
Corpus Christi, TX 78405
Telephone: (361) 853-2120
Fax: (361) 333-8066

and

Sean M. Luchnick
Texas State Bar No. 24102117
Email: sean@luchnicklawfirm.com
Kassidee K. Luchnick
Texas State Bar No. 24093928
Email: kassidee@luchnicklawfirm.com
LUCHNICK LAW FIRM
15900 La Cantera Parkway, Suite 26215
San Antonio, TX 78256
Telephone: (210) 342-9310
Fax: (210) 342-9390


EXHIBIT D

**FOR THE DEFENDANT, VOLKSWAGEN GROUP OF AMERICA, INC.:**

KARL T. RIVAS
Texas Bar No. 00784846
Email: krivas@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6462
Facsimile: (210) 757-4402


EXHIBIT D