# EXHIBIT F

5:26-cv-05617 Wiatrek, Individually and As Next Friend of, et al v. Volkswagen Group of America, Inc.

EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case

**Case No. 2025CI19148; *Casey Wiatrek, Individually, and as Next Friend of, B.T., a Minor Child, and Kristopher Tinch v. Volkswagen Group of America, Inc., Audi of America, LLC, ZF-TRW Automotive Holdings Corp., Faurecia USA Holdings, Inc., Cavender Autoworks, LTD. d/b/a Audi Dominion, and Barry James Mitchell*; in the 224th Judicial District Court of Bexar County, Texas.**

2. Was jury demand made in State Court? ☒ Yes ☐ No

If yes, by which party and on what date?

| | |
|---|---|
| **Volkswagen Group of America, Inc.** | **January 8, 2026** |
| Party Name | Date |

3. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**For Plaintiffs:**
Jared Perkins
Eric D. Perkins
John C. Duff
PERKINS & PERKINS
2203 Baldwin Blvd.
Corpus Christi, TX 78405
Telephone: (361) 853-2120
Fax: (361) 333-8066
Email: jduff@perkinsperkinslaw.com
eric@perkinsperkinslaw.com
jduff@perkinsperkinslaw.com

and

**For Defendant AutoZone Parts, Inc.:**
Karl T. Rivas
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6462
Facsimile: (210) 757-4402
Email: krivas@namanhowell.com



EXHIBIT F

EXHIBIT F

Sean M. Luchnick
Kassidee K. Luchnick
LUCHNICK LAW FIRM
15900 La Cantera Parkway, Suite 26215
San Antonio, TX 78256
Telephone: (210) 342-9310
Email: sean@luchnicklawfirm.com
kassidee@luchnicklawfirm.com

4. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

**All other than VWGoA. Defendant contends that they have not been served due to either non-compliance with the applicable service treaty or in an attempt to defeat diversity.**

5. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

***ZF-TRW Automotive Holdings Corp., Faurecia USA Holdings, Inc., Cavender Autoworks, LTD. d/b/a Audi Dominion*. Cavender was a mere retailer, against whom no recovery can be had due to Chapter 82 of the Texas Civil Practice and Remedies Code. Limitation has now run against claims against it. The remainer were sued in error.**

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**None.**

**VERIFICATION**:

Karl T. Rivas

KARL. T. RIVAS — **August 31, 2026**
Attorney for Removing Party — Date

Volkswagen Group of America, Inc.
Party/Parties

(NOTE: Additional comment space is available on page 3)


EXHIBIT F

**ADDITIONAL COMMENTS (As necessary)**:


EXHIBIT F